In re Estate of John J. Preib, Deceased.
Mathias W. Preib, Appellee, v. Peter J. Preib, Administrator of Estate of John J. Preib, Deceased, Appellant.

Gen. No. 41,183.

opinion filed May 13, 1941; rehearing denied June 2, 1941. Black & Beermann, for appellant; Benjamin H. Black, of counsel; F. Gerald O'Hara and James W. Collins, for appellee. Opinion by JUSTICE SCANLAN. ''Not to be published in full.'' ·